UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 91-6166-CR-ZLOCH

UNITED STATES,

    Plaintiff,

vs.                                             **O R D E R**

DELROY WILSON,

    Defendant.
_____/

THIS MATTER is before the Court upon Defendant Delroy Wilson's Motion For Modification Of Sentence (DE 89) and Defendant Delroy Wilson's Motion For Status Inquiry (DE 91). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

The Court notes that Defendant was sentenced as a career offender under § 4B1.1(b) of the United States Sentencing Guidelines and is thus ineligible for a reduction of his sentence.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That Defendant Delroy Wilson's Motion For Modification Of Sentence (DE 89) be and the same is hereby **DENIED**; and

2. That Defendant Delroy Wilson's Motion For Status Inquiry (DE 91) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   24th   day of June, 2008.

                                                _____
                                                WILLIAM J. ZLOCH
                                                United States District Judge

See Attached Mailing List

```
UNITED STATES OF AMERICA VS. DELROY WILSON
CASE NO. 94-6020-CR-ZLOCH
```

All Counsel of Record

Delroy Wilson, <u>pro</u> <u>se</u>
# 29240-004
Federal Correctional Complex
P.O. Box 1032
Coleman, FL 33521-1032